PAULINA SCHOENHOLZ, Appellant, *v.* NEW YORK LIFE
    INSURANCE COMPANY, Respondent, Impleaded with
    Another.

(Submitted November 20, 1922; decided November 28, 1922.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements.   (See 234 N. Y. 24.)

---

BERNHAN CHEMICAL AND METAL CORPORATION, Appel-
    lant and Respondent, *v.* SHIP-A-HOY, LTD., INC.,
    Respondent and Appellant.

(Submitted November 20, 1922; decided November 28, 1922.)

Motion for re-argument denied.   Motion to recall
remittitur granted, without costs.   Return of remittitur
requested and when returned it will be amended so as
to read as follows:  " The order of the Appellate Division
of the Supreme Court appealed from herein be and the
same hereby is reversed in so far as it affirms Special
Term order sustaining demurrer to counterclaim desig-
nated number 7 and in so far as it reverses Special Term
order and sustains demurrer to counterclaim designated
number 1 and to defense designated number 3 in second
amended answer, and otherwise affirmed, without costs to
either party and with leave to plaintiff to plead over within
twenty days where demurrer is overruled.   Questions all
answered in the affirmative."   (See 234 N. Y. 563.)

---

ELIZABETH MOUNT, Appellant, *v.* RICHARD H. MOUNT
    et al., Respondents, and CLARENCE M. DAVIS et al.,
    Appellants.

(Submitted November 20, 1922; decided November 28, 1922.)

Motion to amend remittitur granted, return of remit-
titur requested and when returned the same to be
amended by providing that costs awarded to respondents
shall be payable out of estate.   (See 234 N. Y. 568.)